United States District Court
Southern District of Texas
**ENTERED**
January 03, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| VALLOUREC TUBOS DO BRASIL S.A.,<br>*Plaintiff,*<br><br>v.<br><br>PDVSA SERVICES, INC.,<br>and BARIVEN, S.A.,<br>*Defendants.* | § § § § § § § § § § | Civil Action No. 4:16-3698 |

## ORDER OF ADOPTION

On December 11, 2018, Magistrate Judge Peter Bray issued a memorandum and recommendation (D.E. 28), recommending that Vallourec Tubos do Brasil S.A.'s Motion for Final Default Judgment (D.E. 24) be granted. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the memorandum and recommendation as this court's opinion. Vallourec Tubos do Brasil S.A.'s motion for default judgment against Bariven, S.A. is GRANTED. The court will issue a separate default judgment.

Signed at Houston, Texas this __3__ day of January, 2019.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE